# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/13/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00189DAE

CASE NAME:        USA v. (01) Keith Imai, (02) Jeffrey Kama, (03) Shawna Kaulukukui, (04) Michael Miyasato

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:

DATE:    6/13/2006                TIME:

COURT ACTION:  EO: Final Pretrial Conference set for 6-13-06 not held.  Per Chris Thomas, parties will stipulate to new trial date/deadlines.  Thomas to notify parties.

Submitted by Richlyn Young, courtroom manager