# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00189DAE

CASE NAME:        USA v. (02)Jeffrey Kama

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     David Alan Ezra         REPORTER:

DATE:      06/21/2006              TIME:

COURT ACTION:  EO: Motion to Suppress Evidence as to Defendant (02)Jeffrey Kama set for 6/21/2006 @945amDAE is hereby vacated.  Counsel may re-file at a later time.

Submitted by: Theresa Lam, Courtroom Manager