EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00189 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH SEICHI IMAI, and (01) | ) | |
| JEFFREY KAMA,       (02) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that the Order Granting Government's Motion to Continue Trial was submitted to Magistrate Judge Leslie E. Kobayashi for signature and was served on the following counsel on October 27, 2006:

      MYLES S. BREINER, ESQ.
      mbreiner@hawaii.rr.com

      Attorney for Defendant
      KEITH SEICHI IMAI


      NOAH FIDDLER, ESQ.
      Seven Waterfront Plaza
      500 Ala Moana Blvd., Suite 400
      Honolulu, Hawaii 96813

      Attorney for Defendant
      JEFFREY KAMA


      DATED:  Honolulu, Hawaii, October 27, 2006.


                                        /s/ Janice Tsumoto


U.S. v. Keith Imai, et al.
Cr. No. 05-00189 DAE
Certificate of Service