# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

10/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00189DAE |
| CASE NAME: | USA vs. (01) KEITH SEICHI IMAI |
| | USA vs. (02) JEFFREY KAMA |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (01) Myles S. Breiner |
| | (02) Noah Fiddler |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | FTR-Courtroom 5 |
| DATE: | 10/26/2006 | TIME: | 3:10-3:18 |

COURT ACTION:  EP: USA's Motion to Continue Trial - Defendants (01) Keith Seichi Imai and (02) Jeffrey Kama, both present in custody.

Arguments heard.  Motion Granted and terminated over the objections by Counsel for Defendant (01) Keith Seichi Imai.

Jury Selection/Trial is continued to 9:00 11/21/06, DAE.
Final Pretrial Conference set for 10:30 10/30/06, LEK.

Time excluded from 10/31/06 thru 11/21/06 from the requirements of the Speedy Trial Act.  Govt to prepare Order.

Defendants (01) Keith Seichi Imai and (02) Jeffrey Kama remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager