ORIGINAL

CC: DAE

NOAH D. FIDDLER #3144
SEVEN WATERFRONT PLAZA
500 ALA MOANA BLVD., STE. 400
HONOLULU, HI 96813
TELEPHONE: (808) 524-6800

Attorney for Defendant.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 7 2006

at __2__ o'clock and __15__ min. __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JEFFREY, KAMA, )<br>)<br>Defendant. )<br>)<br>)<br>)<br>)<br>)<br>_____ ) | CR. NO 05 00189 DAE<br><br>[21 U.S.C. §§ 841(a) (1)<br>(b) (1) (A), (b) (1) (B),<br>843 (B) and 846, and<br>18 U.S.C. §§ 2, 922) (g) (1)<br>and 924 (A) (2) & (c) (1)]<br><br>NOTICE OF MOTION; MOTION<br>TO SUPPRESS EVIDENCE;<br>DECLARATION OF<br>NOAH D. FIDDLER;<br>CERTIFICATE OF SERVICE |

NOTICE OF MOTION

TO:   CHRIS THOMAS
      Assistant U.S. Attorney
      Room 6-100, PJKK Federal Building
      300 Ala Moana Boulevard
      Honolulu, Hawaii 96813

PLESE TAKE NOTICE that the foregoing motion will be presented before the

Honorable_____ in his/her courtroom in the Prince Kuhio Federal

Building, Honolulu, Hawaii, on _____, the _____ day of

_____, _____, at _____ o'clock, _____.m., or as soon

thereafter as counsel may be heard.

DATED:     10/27/06 .

_____
NOAH D. FIDDLER
Attorney for Defendant

CERTIFICATE OF SERVICE ATTACHED

2