NOAH D. FIDDLER  #3144
SEVEN WATERFRONT PLAZA
500 ALA MOANA BLVD., STE. 40
HONOLULU, HI  96813
TELEPHONE:  (808) 524-6800

Attorney of Defendant.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO 05 00189 DAE |
| | ) | |
| | ) | [21 U.S.C. §§ 841 (a) (1) |
| Plaintiff, | ) | (b) (1) (A), (B) (1) (B), |
| | ) | 843 (b) AND 846, AND |
| | ) | 18 U.S.C. §§ 2, 922 (g) (1) |
| vs. | ) | AND 924 (a) (2) & (c) (1)] |
| | ) | |
| | ) | MOTION TO SUPRESS |
| JEFFREY KAMA, | ) | EVIDENCE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

### MOTION TO SUPRESS EVIDENCE

Defendant moves that all evidence seized as a result of the traffic stop and the subsequent arrest which occurred on December 4, 2004 be suppressed and not be permitted to be used in any way in the prosecution of this case.  In particular drugs (methamphetamine) and a gun and ammunition found in Defendant's vehicle should be suppressed, and any facts obtained as a result of the traffic stop should be suppressed. . This motion is based on the evidence that will be adduced at the hearing of this motion, the attached Declaration of counsel, and the file in this case.

3


Dated:     Honolulu, Hawaii, __10/27/06__.

_____
NOAH D. FIDDLER
Attorney for Defendant