CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing was duly served upon the following parties in the manner described at their following last known address on 10/27/06.

| | MAILED | DELIVERED |
|---|---|---|
| CHRIS A. THOMAS<br>U.S. Attorney<br>Room 6100, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96813 | | X |

DATED:    Honolulu, Hawaii, October 27, 2006.

_____
NOAH D. FIDDLER
Attorney for Defendant
JEFFREY KAMA

7