# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| UNITED STATES OF AMERICA<br>v.<br>KEITH SEICHI IMAI, et al. | **WITNESS LIST**<br>CASE NO: 05-00189 DAE | |
|---|---|---|
| Presiding Judge:<br>**DAVID ALAN EZRA** | Plaintiff's Attorney:<br>**CHRIS A. THOMAS** | Defendant's Attorney:<br>**MYLES BREINER** |
| Hearing date(s):<br>**November 28, 2006** | Court Reporter: | Courtroom Deputy:<br>**THERESA LAM** |

| PLF. No.: | Description Of Witnesses |
|---|---|
| 1 | JASON PA<br>Special Agent<br>Immigration and Customs Enforcement |
| 2 | OFFICER DOMINIC UYETAKE<br>Hawaii County Police Department |
| 3 | OFFICER KENNETH QUIOCHO<br>Hawaii County Police Department |
| 4 | OFFICER TODD BELLO<br>Hawaii County Police Department |
| 5 | OFFICER MATTHEW KAAIHUE<br>Hawaii County Police Department |
| 6 | OFFICER STEVEN CORREIA<br>Hawaii County Police Department |
| 7 | OFFICER BRIAN PRUDENCIO<br>Hawaii County Police Department |
| 8 | OFFICER PAUL FUKUDA<br>Hawaii County Police Department |
| 9 | OFFICER ROBERT FUJITAKE<br>Hawaii County Police Department |
| 10 | OFFICER JAMES GUSMAN<br>Hawaii County Police Department |
| 11 | OFFICER ROYCE SERRAO<br>Hawaii County Police Department |
| 12 | DETETIVE IAN LEE LOY<br>Hawaii County Police Department |

# WITNESS LIST - CONTINUATION

**UNITED STATES OF AMERICA**
         **v.**
**KEITH SEICHI IMAI, et al.**                    CASE NO: 05-00189 DAE

| Presiding Judge:<br>**DAVID ALAN EZRA** | Plaintiff's Attorney:<br>**CHRIS A. THOMAS** | Defendant's Attorney:<br>**MYLES BREINER** |
|---|---|---|
| Hearing date(s):<br>**November 15, 2006** | Court Reporter: | Courtroom Deputy:<br>**THERESA LAM** |

| PLF. No.: | Description Of Witnesses |
|---|---|
| 13 | CAPTAIN MARSHALL KANEHAILUA<br>Hawaii County Police Department |
| 14 | DOUGLAS PALMER<br>Special Agent<br>Immigration and Customs Enforcement |
| 15 | ED FEELEY<br>Special Agent<br>Immigration and Customs Enforcement |
| 16 | JESSE FOURMY<br>Special Agent<br>Drug Enforcement Administration |
| 17 | LISA KITLINSKY<br>Forensic Chemist<br>Drug Enforcement Administration |
| 18 | MIKE SAENZ<br>Special Agent<br>Alcohol, Tabacco and Firearms |
| 19 | KELLY MAYNE<br>Investigator<br>City & County of Hawaii Prosecutor's Office |
| 20 | SHAWNA KAULUKUKUI |
| 21 | MICHAEL MIYASATO |
| 22 | RUSSELL MIZUGUCHI |
| 23 | JAY NAKAMURA |
| 24 | JASON MITCHELL |
| 25 | GARY MATSUO |

# WITNESS LIST - CONTINUATION

**UNITED STATES OF AMERICA**
           **v.**
**KEITH SEICHI IMAI, et al.**                    CASE NO: 05-00189 DAE

| Presiding Judge:<br>**DAVID ALAN EZRA** | Plaintiff's Attorney:<br>**CHRIS A. THOMAS** | Defendant's Attorney:<br>**MYLES BREINER** |
|---|---|---|
| Hearing date(s):<br>**November 15, 2006** | Court Reporter: | Courtroom Deputy:<br>**THERESA LAM** |

| PLF.<br>No.: | Description Of Witnesses |
|---|---|
| 26 | Telephone Representative<br>Nextel Partners Operating Group |
| 27 | Telephone Representative<br>Hawaiian Telcom, Inc. |
| 28 | Telephone Representative<br>Cingular Wireless |