EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS     #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00189 DAE |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING TRIAL |
| | ) | DATE AND EXCLUDING TIME |
| vs. | ) | |
| | ) | |
| KEITH SEICHI IMAI,     (01) | ) | |
| JEFFREY KAMA,          (02) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME

On November 21, 2006, at a hearing on Defendant Keith Imai's Motion to Continue Trial, before the Honorable Judge David Alan Ezra, appeared Assistant U.S. Attorney Chris A. Thomas, for the government; Myles S. Breiner, Esq., attorney for Defendant Keith Imai, who was also present; and Noah Fiddler, Esq., attorney for Defendant Jeffrey Kama, who was also present.

Based upon Defendant Keith Imai's Motion to Continue Trial, with no objection from the government, and with no objection from Defendant Kama,

IT WAS ORDERED that the jury trial currently scheduled for November 28, 2006, be continued to March 20, 2007 at 9:00 a.m. before the Honorable Judge David Alan Ezra.  The final pretrial conference is scheduled for February 20, 2007, at 10:00 a.m. before Magistrate Judge Barry M. Kurren.  Defendants pre-trial motions are due on February 6, 2007 and the government's response is due on February 20, 2007.

The Court found that the ends of justice outweighed the best interest of the public and the Defendant in a speedy trial and a continuance allows counsel for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B)(i)&(ii).

IT WAS FURTHER ORDERED that the period beginning November 28, 2006 to and including March 20, 2007, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161.

//

//

//

//

//

Case 1:05-cr-00189-DAE     Document 162     Filed 11/22/2006     Page 3 of 3

DATED: November 21, 2006, at Honolulu, Hawaii.



_____
Kevin S.C. Chang
United States Magistrate Judge

United States v. Keith Imai, et al.
Cr. No. 05-00189 DAE
Order Continuing Trial and to
  Exclude Time