# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/21/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00189DAE |
| CASE NAME: | USA v. (01)Keith Seichi Imai |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (01)Myles S. Breiner |
| | (02)Noah Fiddler |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 11/21/2006 | TIME: | 9:00am-9:25am |

COURT ACTION:  EP: Defendant Keith Imai's Motion to Continue.  Motion in Limine.

Oral arguments heard.

Defendant Keith Imai's Motion to Continue-GRANTED.  Trial continued to 3/20/2007 @900amDAE.  The Court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial.  The Court order that the period from 11/28/2006 to and including 3/19/2007 be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Motion in Limine-Hearing date vacated.

Motion tot Supress-Hearing date vacated.

Mr. Thomas to prepare the order.

Submitted by: Theresa Lam, Courtroom Manager