AO 83 (Rev. 12/85) Summons in a Criminal Case                              CR 05-00189 DAE 01

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 21 2006

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

# RETURN OF SERVICE

Service as made by me on:[1]           Date  11-21-06

Check one box below to indicate appropriate method of service

☑  Served personally upon the defendant at: __US MARSHALS SVC - CELLBLOCK__

☐  Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on  11-21-06                        _____Mark M. Hanohano_____
                Date                          Name of United States Marshal

                                             _____
                                             (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | Case Number: CR 05-00189 DAE 02 |
| JEFFREY KAMA<br>(Name and Address of Defendant) | *Bale: Serve in Cell!* |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| | Date and Time |
| Before: Kevin S. C. Chang, United States Magistrate Judge | 11/21/2006 @ 10:00 a.m. |

To Answer a(n) Superceding Indictment

Charging you with a violation of Title 21 and 18 United States Code, Section(s) 841(a)(1)(b)(1)(A); (b)(1)(B), 843(b), 846, 924(c)(1).

Brief description of offense:
Conspiracy to distribute and possess with intent to distribute methamphetamine, Sched. II controlled substance
Possess and distribute methamphetamine, Sched. II controlled substance
Carry a firearm during and in relation to a drug trafficking offense
Use of a communication facility in the commission of a conspiracy to distribute methamphetamine

U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED 2006 NOV 17 AM 9:56

Sue Beitia
Name and Title of Issuing Officer

Signature of Issuing Officer/Deputy Clerk

November 17, 2006
Date