# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/02/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00189DAE |
| | CR NO. 07-00110DAE |
| CASE NAME: | USA vs. (02) JEFFREY KAMA |
| | USA vs. JEFFREY KAMA |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (02) Noah Fiddler |
| | Noah Fiddler |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 03/02/2007 | TIME: | 3:50-4:15 |

COURT ACTION:   EP: Motion for Withdrawal of Not Guilty Plea and to Plead Anew (in CR No. 05-00189DAE);

Waiver of Indictment; Arraignment and Plea of Guilty to the Felony Information (in CR No. 07-00110DAE) - Defendant Jeffrey Kama  present in custody.

Defendant sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate, signatures verified and filed. Memorandum of Plea Agreement, signatures verified and filed. Waiver of Indictment, signature verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, limited rights to appeal, etc.

Plea of Guilty as to Count 3 of the Superseding Indictment (in CR No. 05-00189DAE) entered by the Defendant.

Plea of Guilty as to the Felony Information  (in CR No. 07-00110DAE) entered by the Defendant.  R&R signed, with 10 days to object. Pre-Sentence report ordered from

USPO.

SENTENCING to Count 3 of the Superseding Indictment (in CR No. 05-00189DAE) set for 3:00 p.m. 8/6/07 before Judge David Alan Ezra.

SENTENCING to the Felony Information (in CR No. 07-00110DAE) set for 3:00 p.m. 8/6/07 before Judge David Alan Ezra.

Court Adopts the Order of Detention as entered in (in CR No. 05-00189DAE) in (in CR No. 07-00110DAE).

Defendant remanded to the custody of the U.S. Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager