IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 05-00189 DAE |
| | ) | CR. NO. 07-00110 DAE |
| Plaintiff, | ) | |
| vs. | ) | ACCEPTANCE OF PLEA OF GUILTY, |
| | ) | ADJUDICATION OF GUILT AND NOTICE |
| JEFFREY KAMA (02), | ) | OF SENTENCING |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty to Count 3 of the Superseding Indictment in Cr. No. 05-00189 DAE and to the Information in Cr. No. 07-00110 DAE is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, March 20, 2007.



_____
David Alan Ezra
United States District Judge

GUILTY.ACP