# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 05-00189DAE |
| | CR 07-00110DAE |
| CASE NAME: | USA v. (02)Jeffrey Kama |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (02)Noah Fiddler |
| USPO: | Neil Tsukayama |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 10/29/2007 | TIME: | 10:30am-11:10am |

COURT ACTION:  EP: Sentencing to Count 3 of First Superseding the Indictment as to Defendant (02)Jeffrey Kama.  Sentencing to Count 1 of the Felony Information as to Defendant Jeffrey Kama.

Defendant (02)Jeffrey Kama present in custody.

The Memorandum Plea Agreement is accepted.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (02)Jeffrey Kama.

SENTENCE:

Imprisonment:  70 MONTHS, as to Count 3 of the First Superseding Indictment, and Count 1 of the Felony Information, with all such terms to run concurrently

Supervised Release:  4 YEARS, as to Count 3 of CR 05-00189DAE, and 3 YEARS, as to Count 1 of CR 07-00110DAE, with both terms to be served concurrently with each other

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

    3.    Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $100.00 in CR 05-00189DAE, $100.00 in CR 07-00110DAE

JUDICIAL RECOMMENDATIONS: Taft, CA. 500 hour drug treatment program.

Defendant advised of his right to appeal.

Government's Oral Motion to Dismiss All remaining Counts in CR 05-00189DAE as to this Defendant Only - GRANTED.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager